Kathleen Crist, Esq.  #146197
Attorney at Law
2601 Oakdale Rd., Suite H2, #110
Modesto, CA 95355
(209) 918-1344

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CROW, | ) CASE NO.: 1:21-cv-00577-DAD-EPG |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR PARTIES TO |
| | ) SUBMIT NOTICE CURRENTLY SET FOR |
| | ) JANUARY 13, 2023 PURSUANT TO |
| LKQ CORPORATION, KEYSTONE | ) DECEMBER 13, 2022 MINUTE ORDER, TO |
| AUTOMOTIVE INDUSTRIES, INC., BILLY | ) JANUARY 27, 2023 |
| DAYON, JOE BILBAO, MICHAEL | ) |
| MAXWELL, JAMES ALLARD, AMANDA | ) |
| ALLEN, AND DOES 1 to 100 inclusive, | ) (ECF No. 43) |
| | ) |
| Defendants. | ) |
| | ) |

Due to recent personal circumstances of Plaintiff's counsel, discussed with defense counsel Lonnie Giamela, and ongoing efforts to meet and confer between counsel, the parties hereby stipulate to extend the time for the parties to file the Notice required by the December 13, 2022 Minute Order, by two weeks to and including January 27, 2023.

Dated:  January 11, 2023                                   Kathleen Crist

                                                          Kathleen Crist, Attorney for
                                                          Plaintiff

Dated:  January 11, 2023                                   Lonnie Giamela

                                                          Lonnie Giamela, Attorney for
                                                          Defendants

## **ORDER**

Based on the above stipulation, the deadline for the parties to file the notice required by the Court's December 13, 2022 order (ECF No. 41), is extended to January 27, 2023.

IT IS SO ORDERED.

Dated:   **January 12, 2023**             /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE