UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CROW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LKQ CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00577-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 48) |

On March 2, 2023, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 48). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case. The Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:  **March 3, 2023**                        /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE